# Court of Appeals
# of the State of Georgia

ATLANTA,  May 26, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0514. ROBERT KELLY WEST IV v. PARKLANE ON PEACHTREE CONDOMINIUM ASSOCIATION, INC.

In this civil action, the trial court entered an order denying Robert K. West, IV's motion to set aside default judgment on October 24, 2025.  On May 8, 2026, West filed this application for discretionary review, seeking to appeal the October 2025 order. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). West's application is untimely, as it was filed 196 days after entry of the order he seeks to appeal. Consequently, this untimely application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  05/26/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.